# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| Robert Steele, | Case No.: 2:23-cv-02084-JAD-MDC |
|---|---|
| Plaintiff | |
| v. | **Order Denying Motion for Recusal** |
| California Safe Roads Alliance, et al., | [ECF No. 4] |
| Defendants | |

Pro se plaintiff Robert Steele sues the California Safe Roads Alliance and Mothers Against Drunk Driving for damages that could be spent building an app to ensure evidence integrity in DUI cases.[1]  Because his complaint fails to state any claim for relief, let alone a plausible one, it was dismissed with leave to amend by April 1, 2024.[2]  Steele also requests that the judges assigned to this case recuse themselves because he is "accusing the defendants of conspiring with American Lawyers to use an illegal law to make money and endangered the public by it," so there's "a conflict of interest with every federal judge"[3]:

> 2  The judge is an American lawyer and I am suing
> 3  the defendants for conspiring with American lawyers.
> 4
> 5  The federal judges are licensed lawyers
> 6  and therefore have a conflict of
> 7  interest with the plaintiff and the defendants.

---

[1] ECF No. 1-1.
[2] ECF No. 6.
[3] ECF No. 4 at 2 (cleaned up).

I deny the request for recusal because Steele has not identified a legitimate basis under the law for such relief. First of all, Steele seeks in this case to sue entities, not lawyers. But even if the defendants were lawyers or are alleged to be conspiring with lawyers, that is no basis for the judges assigned to this case to recuse themselves, and Steele hasn't offered any authority to suggest otherwise. Plus, if Steele's theory of this motion were right—that all federal judges have a conflict of interest for this case—then this action would be entirely non-justiciable because there is no mechanism in the federal-court system to bring in a non-lawyer to preside over a case.

IT IS THEREFORE ORDERED that Steele's request for the judges to recuse themselves **[ECF No. 4] is DENIED.**

_____
U.S. District Judge Jennifer A. Dorsey
March 20, 2024